IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-1062 |
| | ) | |
| CHICAGO POLICE OFFICERS JAMES CASSIDY (#2027), | ) | |
| KENNETH BOUDREAU (#20435), LUKE DALY (#21064), | ) | The Honorable |
| FRANCIS VALADEZ (#21008), BERNARD RYAN | ) | Judge John Z. Lee |
| (#20867), JOHN BLOORE (#3081), J. FINE (#20213) | ) | |
| the ADMINISTRATOR OF THE ESTATE OF | ) | |
| THOMAS COUGHLIN (#20983), | ) | |
| THOMAS RICHARDSON (#3385), | ) | JURY DEMAND |
| DWAYNE DAVIS (#21075), LARRY TUIDER (#1638), | ) | |
| FRED BONKE (#2108), UNIDENTIFIED EMPLOYEES | ) | |
| OF THE CITY OF CHICAGO, formeer COOK COUNTY | ) | |
| ASSISTANT STATE'S ATTORNEY JOSEPH ALESIA, | ) | |
| the COUNTY of COOK, and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY ATTORNEY REGARDING DISCOVERY OBLIGATIONS
UNDER MANDATORY INITIAL DISCOVERY PILOT PROJECT**

As an attorney appearing in this case, I hereby certify that I have read the Court's "Standing Order Regarding Mandatory Initial Discovery Pilot Project" and that I am aware of the discovery obligations addressed therein. I also acknowledge that Judge Lee requires each attorney appearing on behalf of Plaintiff to file this certification within 28 days after the filing of the Complaint and each attorney appearing on behalf of Defendants to file this certification with the Answer.

/s/ Tara Thompson              February 20, 2018
Attorney's Signature                      Date

Name: Tara Thompson
Address: Loevy & Loevy, 311 N Aberdeen St, 3rd Fl, Chicago, IL 60607

Phone Number: (312) 243-5900
Email Address: tara@loevy.com

Case: 1:18-cv-01062 Document #: 26 Filed: 02/20/18 Page 2 of 2 PageID #:63