UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Charles Johnson

        Plaintiff,

v.                   Case No.: 1:18−cv−01062
                      Honorable Sara L. Ellis

James Cassidy, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2024:

  MINUTE entry before the Honorable Sara L. Ellis: Pursuant to the parties' stipulations of dismissal [563],[564] (filed in 18−cv−1049), the Court dismisses this matter according to the parties' agreements in the stipulations. The Court dismisses this matter without prejudice as to Defendants Cook County and former Cook County Assistant State's Attorney Joseph Alesia, with each party to bear its own costs and fees. The Court will reinstate this action within 75 days from the date of this stipulation in the event the settlement is not approved by the Cook County Board or the settlement amount is not received by Plaintiff Johnson. The Court dismisses this matter without prejudice as to Defendant City of Chicago and with prejudice as to the Defendant Officers. Each party will bear its own costs and fees. The dismissal as to the Defendant City of Chicago will automatically convert to a dismissal with prejudice 75 days from the entry of this Order. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.